

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00424-CV

| | | |
|---|---|---|
| SHIRLAINE WEST PROPERTIES LIMITED AND NATHAN K. GRIFFIN, ON BEHALF OF THE ESTATE OF LORRAINE E. WEST AND ON BEHALF OF THE ESTATE OF SHIRLEY A. WEST, Appellants | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-289847-17) |
| v. | § | November 18, 2021 |
| JAMESTOWN RESOURCES, L.L.C. AND TOTAL E&P USA, INC., Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Shirlaine West Properties Limited and Nathan K. Griffin, on behalf of the Estate of Lorraine E. West and on behalf of the Estate of Shirley A. West shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
     Justice Mike Wallach